# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>ROY DEWAYNE REED<br>[DOB 2-21-1980]<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      25-mj-2084-DPR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 10, 2025__ in the county of __Greene__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | See Attachment A. |

This criminal complaint is based on these facts:

See attached Affidavit of Federal Bureau of Investigation ("FBI") Task Force Officer ("TFO") Danny Wroolie (Attachment B).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI TFO Danny Wroolie
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 09/15/2025

_____
*Judge's signature*

City and state: Jefferson City, Missouri

Chief U.S. Magistrate Judge Willie J. Epps, Jr.
*Printed name and title*